THE PEOPLE, ex rel. ELIZABETH P. ROBBINS, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued February 24, 1880; decided March 2, 1880.)

*John J. Townsend* for appellant.

*Hugh L. Cole* for respondent.

AGREE to modify order by striking out provision for costs of court below, and as modified affirmed without costs of this court. No opinion.

All concur.

Ordered accordingly.